December 15, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

OTIS BYRD, JR., Appellant

NO. 14-11-00711-CV                    V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE
POOLING AND SERVICING AGREEMENT DATED AS OF 4/1/07 SECURITIZED
ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2 MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2007-BR2, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 2, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by OTIS BYRD, JR.

We further order this decision certified below for observance.